[No. 20797-8-III. Division Three. October 17, 2002.]

*In the Matter of the Parentage of* ASHLEY C. HILBORN.

SHERRI HILBORN, *Petitioner*, v. DAVID BONGA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-5-00237-1, Linda G. Tompkins, J., entered December 20, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ. Now published at 114 Wn. App. 275.

[Nos. 26451-0-II; 27532-5-II. Division Two. October 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ILLYA NAPOLEAN WATKINS, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 00-1-00222-3, Wm. Thomas McPhee, J., entered August 17, 2000. *Reversed with instructions* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 26592-3-II. Division Two. October 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN D. CULVER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01802-0, Sergio Armijo, J., entered October 22, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Bridgewater, J.

[Nos. 26816-7-II; 27856-1-II. Division Two. October 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH W. WEBB, *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 97-1-00244-3, James B. Sawyer II, J., entered November 30, 2000. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.